## EXHIBIT A

**Boston Hides & Furs**

| First Name | Last Name | BWs | Liquidated Damages | Compensatory Damages | Punitive Damages | Total |
|---|---|---|---|---|---|---|
| Jose Rene | Alvares | $ 37,728.97 | $ 37,728.97 | $ 5,000.00 | $ 5,000.00 | $ 85,457.94 |
| Moris Alexander | Arevalo | $ 36,994.39 | $ 36,994.39 | | | $ 73,988.78 |
| Santo Andres | Argueta | $ 35,702.95 | $ 35,702.95 | $ 5,000.00 | $ 5,000.00 | $ 81,405.90 |
| Ronald De Jesus | Escobar Barrera | $ 4,095.72 | $ 4,095.72 | $ 5,000.00 | $ 5,000.00 | $ 18,191.44 |
| Mario Alberto Ardon | Flores | $ 27,465.44 | $ 27,465.44 | $ 5,000.00 | $ 5,000.00 | $ 64,930.88 |
| Marcos | Interiano | $ 29,300.72 | $ 29,300.72 | | | $ 58,601.44 |
| Marvin | Interiano | $ 9,931.07 | $ 9,931.07 | | | $ 19,862.14 |
| Andres Avelino | Landaverde | $ 37,981.09 | $ 37,981.09 | $ 5,000.00 | $ 5,000.00 | $ 85,962.18 |
| Jesus Eulises | Landaverde | $ 39,346.91 | $ 39,346.91 | $ 5,000.00 | $ 5,000.00 | $ 88,693.82 |
| Jose | Lopez | | | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Jose Luis Roque | Orellana | $ 38,911.13 | $ 38,911.13 | $ 5,000.00 | $ 5,000.00 | $ 87,822.26 |
| David Alfredo | Pineda Cruz | $ 37,729.53 | $ 37,729.53 | $ 5,000.00 | $ 5,000.00 | $ 85,459.06 |
| Pablo Diaz | Salmeron | $ 29,642.62 | $ 29,642.62 | $ 5,000.00 | $ 5,000.00 | $ 69,285.24 |
| Jose | Santos | $ 32,958.87 | $ 32,958.87 | | | $ 65,917.74 |
| Epigmenio | Tejada | $ 14,710.59 | $ 14,710.59 | | | $ 29,421.18 |
| | | $ 412,500.00 | $ 412,500.00 | $ 50,000.00 | $ 50,000.00 | $ 925,000.00 |